LAURENCE C. MUENTZ AND DIANE K. MUENTZ, HIS WIFE
v. DAVID S. GEMMELL, AND COLLEEN M. GEMMELL,
HIS WIFE.

November 17, 1987.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.   (See 107 *N.J.* 652).